CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| THEODORE BROWN, | **Hon. Robert B. Kugler** |
| Petitioner, | Civil No. 09-1213 (RBK)) |
| v. |  |
| J. GRONDOLSKY, Warden, | **ORDER** |
| Respondent. |  |

For the reasons set forth in the Opinion filed herewith,

IT IS on this  15th  day of    May   , 2009,

ORDERED that the Petition is DISMISSED for lack of jurisdiction under 28 U.S.C. § 2241, without prejudice to any right Petitioner may have to assert his claims in a properly filed civil complaint under <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971); and it is finally

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion by regular mail upon Petitioner, and shall close the file.

                                                    s/Robert B. Kugler  
                                                  **ROBERT B. KUGLER, U.S.D.J.**